1  MCGUIREWOODS LLP
   SUSAN L. GERMAISE SBN #176595
2  1800 Century Park East, 8th Floor
   Los Angeles, CA  90067-1501
3  Telephone:  310.315.8200
   Facsimile:  310.315.8210
4  sgermaise@mcguirewoods.com

5  Attorneys for Defendant
   General Nutrition Corporation
6  erroneously named as GNC Corporation

7

                 UNITED STATES DISTRICT COURT
8
                SOUTHERN DISTRICT OF CALIFORNIA
9

10
   MICHAEL LERMA and JEREMY            CASE NO. 13-cv-0933 CAB KSC
11 GAATZ, On Behalf of Themselves and
   All Others Similarly Situated,      The Hon. Cathy Ann Bencivengo
12
                Plaintiff,             **GENERAL NUTRITION
13                                     CORPORATION'S NOTICE OF
         vs.                           MOTION AND MOTION TO
14                                     DISMISS FIRST AMENDED CLASS
   GNC Corporation, a Delaware         ACTION COMPLAINT**
15 corporation,
                                       Date:    August 23, 2013
16              Defendant.             Time:    2:00 p.m.
                                       Courtroom: 4C
17

18                                     NO ORAL ARGUMENT
                                       REQUESTED
19

20

21 TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that on August 23, 2013 at 2:00 p.m., or as soon

23 thereafter as counsel may be heard, in Courtroom 4C of the above-entitled Court,

24 located at 221 West Broadway, San Diego, California 92101, Defendant General

25 Nutrition Corporation ("GNC") will and hereby does move pursuant to Federal

26 Rules of Civil Procedure 8, 9(b), and 12(b)(6) to dismiss Plaintiffs' First Amended

27 Class Action Complaint ("FAC") for failure to state a claim upon which relief can

28 be granted.

The motion is made on the following grounds:

(1) Plaintiffs have failed to plead facts sufficient to state any claims for violation of California's Unfair Competition Law, Consumer Legal Remedies Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, or breach of express warranty under Rule 8 because the FAC fails to allege sufficient factual matter to state a claim for relief that is plausible on its face.  Plaintiffs rely upon a handful of clinical studies that do not test the products sold by GNC, which are at issue in this case, and they do not test the effectiveness of the represented health benefits.  Thus, Plaintiffs have failed to plausibly allege that the representations at issue are false;

(2) Plaintiffs' vague allegations fail to state claims with the particularity required by Rule 9(b);

(3) Plaintiffs fail to plead sufficient facts to support a non-disclosure claim;

(4) Plaintiff Lerma fails to plead sufficient facts to support an unlawful or unfair claim under the UCL;

(5) Plaintiffs' claim for breach of express warranty fails as a matter of law because they did not provide GNC reasonable notice of any breach prior to initiating this lawsuit.

Accordingly, the FAC should be dismissed.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities and Exhibits filed concurrently herewith, all other papers and pleadings on file, and the argument of counsel at the hearing of this motion.

DATED: June 20. 2013                McGUIREWOODS LLP


                                    By:  /s/ Susan L. Germaise
                                         Susan L. Germaise

                                    Attorneys for Defendant
                                    General Nutrition Corporation

**<u>CERTIFICATE OF SERVICE</u>**

I, Susan L. Germaise, certify that on June 20, 2013, the foregoing document entitled **GENERAL NUTRITION CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** was filed electronically in the Court's Electronic Filing System ("ECF"); thereby upon completion, the ECF system automatically generated a "Notice of Electronic Filing" ["NEF"] as service through CM/ECF to registered email addresses to parties of record in the case, in particular on the following:

*Attorneys for Plaintiff Michael Lerma and Jeremy Gaatz, on Behalf of Themselves and All Others Similarly Situated*:

Manfred Patrick Muecke , Jr., Esq.; Email: mmuecke@bffb.com
Bonnett Fairbourn Friedman and Balint PC
600 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 756-7748

Elaine A. Ryan, Esq.; Email: eryan@bffb.com
Lindsey Gomez-Gray; Email: lgomez@bffb.com
Patricia N Syverson, Esq.; Email: psyverson@bffb.com
Bonnett, Fairbourn, Friedman & Balint, PC
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 798-5860

Stewart Weltman, Esq.; Email: sweltman@weltmanlawfirm.com
Stewart M. Weltman LLC
53 West Jackson, Suite 364
Chicago, IL 60603
Tel: (312) 588-5033

*///*

In addition, on June 20, 2013, I served the above-described document on the following parties without registered email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy into a sealed envelope addressed as follows:

*Attorneys for Plaintiff Michael Lerma and Jeremy Gaatz, on Behalf of Themselves and All Others Similarly Situated*:

Joseph J. Siprut, Esq.
Aleksandra M. S. Vold, Esq.
Siprut PC
17 North State Street, Suite 1600
Chicago, Illinois 60602
Telephone: 312.236.0000

/s/ Susan L. Germaise
Susan L. Germaise