UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA and JEREMY GAATZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GNC Corporation, a Delaware corporation,<br><br>Defendant. | CASE NO. 13-cv-0933 CAB KSC<br><br>The Hon. Cathy Ann Bencivengo<br><br>**ORDER PURSUANT TO JOINT MOTION MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANT GENERAL NUTRITION CORPORATION'S MOTION TO DISMISS**<br><br>[Doc. No. 14] |

Pursuant to the Joint Motion to Modify Briefing Schedule for Motion to Dismiss (Local Rule 7.2), filed by plaintiffs Michael Lerma and Jeremy Gaatz and defendant General Nutrition Corporation ("GNC"), and good cause appearing therefor, the following modifications are made to the briefing schedule for GNC's Motion to Dismiss which has been set for hearing on August 23, 2013;

IT IS HEREBY ORDERED:

1. Last day for Plaintiffs to oppose the Motion to Dismiss:
August 2, 2013.

2. Last day for defendant GNC to file its Reply Brief:
August 16, 2013.

DATED: August 8, 2013

_____
CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE